## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWELL HENRY II<br>      Plaintiff,<br><br>v.<br><br>UNITED LUTHERAN SEMINARY and<br>DR. R. GUY ERWIN,<br>      Defendants. | CIVIL ACTION NO. 2:22-cv-04614-MAK |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

AND NOW, it is hereby STIPULATED and AGREED this 4th day of January, 2023, by and between Derek Smith Law Group, PLLC, counsel for Plaintiff, and Stevens & Lee, P.C., counsel for Defendants, that, consistent with the Waiver of Service form executed by Defendants' counsel, the time within which Defendants must respond to the complaint is hereby extended to and including February 6, 2023.

By: */s/ Seth Carson*  
Seth Carson, Esq.  
Derek Smith Law Group, PLLC  
1835 Market Street, Suite 2950  
Philadelphia, PA 19103  

*Attorneys for Plaintiff*

By: */s/ Brad M. Kushner*  
   Brad M. Kushner, Esq.  
   Stevens & Lee, P.C.  
   brad.kushner@stevenslee.com  
   1500 Market Street, East Tower  
   Suite 1800  
   Philadelphia, PA  19102  
   Telephone: (215) 751-1949  
   Facsimile   (610) 371-7906  

   *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Brad M. Kushner, hereby certify that a true and correct copy of the foregoing Stipulation for Extension of Time to Respond to Complaint was filed electronically and was made available for viewing and downloading via the Court's CM/ECF system, and all counsel of record was served via the Court's CM/ECF system notification.


Dated: January 4, 2023                    */s/ Brad M. Kushner*
                                                            Brad M. Kushner