IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWELL T. HENRY II, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Case 2:22-CV-04614-RAL |
| UNITED LUTHERAN SEMINARY and DR. R. GUY ERWIN, | : | |
| | : | |
| Defendant | | |

**DEFENDANTS' MOTION FOR PARTIAL JUDGMENT
ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(c).**

Defendants, United Lutheran Seminary ("ULS") and Dr. R. Guy Erwin ("Dr. Erwin"), move this Court for entry of an Order dismissing Counts VII, VIII and IX, along with the claims for compensatory, punitive, and liquidated damages. The reasons why the Motion should be granted are set forth fully in the accompanying Brief.

Dated: April 19, 2023

Respectfully submitted,

/s/ *Brad M. Kushner*
Theresa M. Zechman, Pa.#85878
Stevens & Lee, P.C.
51 South Duke Street
Lancaster, Pennsylvania 17602
Telephone: 717.399.6644
Facsimile: 610.236.4185
Email:      theresa.zechman@stevenslee.com

Brad M. Kushner, Pa. #307429
1500 Market Street, East Tower
Suite 1800
Philadelphia, PA  19102
Telephone: 215.751.1949
Facsimile: 610.371.7906
Email:      brad.kushner@stevenslee.com

Counsel for Defendants