# Exhibit "B"

Case 2:22-cv-04614-RAL   Document 22-3   Filed 04/19/23   Page 2 of 14

Edwell T. Henry, II, Docket No. 2:20-bk-10939 (Bankr. E.D. Pa. Feb 16, 2020), Court Docket

Current on Bloomberg Law as of 2023-04-19 11:24:48

**U.S. Bankruptcy Court**
**Eastern District of Pennsylvania (Philadelphia)**
**Bankruptcy Petition #: 20-10939-pmm**

# Edwell T. Henry, II

| | |
|---|---|
| **Date Filed:** | Feb 16, 2020 |
| **Assigned to:** | Judge Patricia M. Mayer |

**LINKS:**

[Creditor List](#)

[Claims Register](#)

Chapter 13

Voluntary

Asset

Claims Register

Debtor disposition: Dismissed for failure to make plan payments

Debtor dismissed: 02/21/2023

Plan confirmed: 06/16/2020

341 meeting: 04/27/2020

# Parties and Attorneys

| | |
|---|---|
| **Debtor** | **Edwell T. Henry, II**<br>706 B. Sedgefield Drive<br>Mt. Laurel, NJ 08054<br>BURLINGTON-NJ<br>SSN / ITIN: xxx-xx-0394 |
| **Representation** | **BRENNA HOPE MENDELSOHN**<br>*Mendelsohn & Mendelsohn, PC*<br>637 Walnut Street |

|  |  |
|---|---|
|  | Reading, PA 19601 |
|  | (610) 374-8088 |
|  | Fax: (610) 478-1260 |
|  | tobykmendelsohn@comcast.net |
| **Trustee** | **WILLIAM C. MILLER, Esq.** |
|  | Office of the Chapter 13 Standing Trustee |
|  | P.O. Box 40837 |
|  | Philadelphia, PA 19107 |
|  | 215-627-1377 |
|  | TERMINATED: 10/01/2021 |
| **Representation** | **WILLIAM C. MILLER, Esq.** |
|  | *Office of the Chapter 13* |
|  | *Standing Trustee* |
|  | P.O. Box 40837 |
|  | Philadelphia, PA 19107 |
|  | (215) 627-1377 |
|  | ecfemails@ph13trustee.com |
|  | TERMINATED: 10/01/2021 |
| **Trustee** | **KENNETH E. WEST** |
|  | Office of the Chapter 13 Standing Trustee |
|  | 1234 Market Street - Suite 1813 |
|  | Philadelphia, PA 19107 |
|  | 215-627-1377 |
| **U.S. Trustee** | **United States Trustee** |
|  | Office of the U.S. Trustee |
|  | Robert N.C. Nix Federal Building |
|  | Suite 320 |
|  | Philadelphia, PA 19107 |
|  | (215) 597-4411 |

## Docket Entries

Numbers shown are court assigned numbers.

Edwell T. Henry, II, Docket No. 2:20-bk-10939 (Bankr. E.D. Pa. Feb 16, 2020), Court Docket

Creditor ListClaims Register

| Entry # | Filing Date | Description |
|---|---|---|
| 1 | Feb 16, 2020 | Chapter 13 Voluntary Petition for Individual . Fee Amount $310 Filed by Edwell T. Henry II. Government Proof of Claim Deadline: 08/14/2020. (MENDELSOHN, BRENNA) (Entered: 02/16/2020) (51 pgs) |
| 2 | Feb 16, 2020 | Matrix Filed. Number of pages filed: 3, Filed by BRENNA HOPE MENDELSOHN on behalf of Edwell T. Henry II. (MENDELSOHN, BRENNA) (Entered: 02/16/2020) |
| 3 | Feb 16, 2020 | Statement of Social Security Number Received. Filed by BRENNA HOPE MENDELSOHN on behalf of Edwell T. Henry II. (MENDELSOHN, BRENNA) (Entered: 02/16/2020) |
| 4 | Feb 16, 2020 | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 5 Years Form 122C-1. Disposable Income Is Determined , Chapter 13 Calculation of Your Disposable Income Form 122C-2 Filed by BRENNA HOPE MENDELSOHN on behalf of Edwell T. Henry II. (MENDELSOHN, BRENNA) (Entered: 02/16/2020) (11 pgs) |
|  | Feb 16, 2020 | Receipt of Voluntary Petition (Chapter 13)(20-10939) [misc,volp13a] ( 310.00) Filing Fee. Receipt number 22202093. Fee Amount $ 310.00. (re: Doc# 1) (U.S. Treasury) (Entered: 02/16/2020) |
| 5 | Feb 16, 2020 | Chapter 13 Plan Filed by Edwell T. Henry II. (MENDELSOHN, BRENNA) (Entered: 02/16/2020) (8 pgs) |
| 6 | Feb 17, 2020 | Certificate of Credit Counseling Filed by BRENNA HOPE MENDELSOHN on behalf of Edwell T. Henry II. (MENDELSOHN, BRENNA) (Entered: 02/17/2020) (1 pg) |
| 7 | Feb 17, 2020 | Employee Income Records Filed by BRENNA HOPE MENDELSOHN on behalf of Edwell T. Henry II. (MENDELSOHN, BRENNA) (Entered: 02/17/2020) (4 pgs) |
|  | Feb 18, 2020 | WILLIAM C. MILLER, Esq. added to case. (D., Stacey) (Entered: 02/18/2020) |
| 8 | Feb 19, 2020 | Notice of Appearance and Request for Notice by JILL MANUEL-COUGHLIN Filed by JILL MANUEL-COUGHLIN on behalf of WELLS FARGO BANK, N.A.. (MANUEL-COUGHLIN, JILL) (Entered: 02/19/2020) (1 pg) |
| 9 | Feb 20, 2020 | Meeting of Creditors. The Debtor has filed a Plan. This Plan proposes payment to the trustee of $314.00 per month for 60 months. Filed by WILLIAM C. MILLER, Esq.. 341(a) meeting to be held on 4/8/2020 at 9:30 AM at 1234 Market Street. Objection to Dischargeability of Certain Debts due: 6/7/2020. Proofs of Claims due by 4/26/2020. Government Proof of Claim Deadline: 08/14/2020.Confirmation Hearing scheduled 4/28/2020 at 10:00 AM at nix1 - courtroom #1. (Miller, William) (Entered: 02/20/2020) (2 pgs) |
| 10 | Feb 23, 2020 | BNC Certificate of Mailing - Meeting of Creditors. Number of Notices Mailed: (related document(s) (Related Doc # 9)). No. of Notices: 9. Notice Date 02/23/2020. (Admin.) (Entered: 02/24/2020) (4 pgs) |
| 11 | Feb 26, 2020 | Objection to Confirmation of Plan Filed by BMW Bank of North America (related document(s)5). (Attachments: # 1 Exhibit # 2 Certificate of Service # 3 Proposed Order)(SCHWARTZ, JASON) (Entered: 02/26/2020) (12 pgs; 4 docs) |
| 12 | Feb 28, 2020 | Creditor Request for Notices Filed by BMW Bank of North America, c/o AIS Portfolio |

Case 2:22-cv-04614-RAL   Document 22-3   Filed 04/19/23   Page 5 of 14

Edwell T. Henry, II, Docket No. 2:20-bk-10939 (Bankr. E.D. Pa. Feb 16, 2020), Court Docket

| Entry # | Filing Date | Description |
| --- | --- | --- |
|  |  | Services, LP. (Sawarkar, Ketan) (Entered: 02/28/2020) (1 pg) |
| 13 | Feb 28, 2020 | Creditor Request for Notices Filed by BMW Bank of North America, c/o AIS Portfolio Services, LP. (Sawarkar, Ketan) (Entered: 02/28/2020) (1 pg) |
| 14 | Apr 5, 2020 | Document in re: THE 341 MEETING OF CREDITORS Filed by WILLIAM C. MILLER, Esq. on behalf of WILLIAM C. MILLER, Esq. (related document(s)9). (MILLER, Esq., WILLIAM) (Entered: 04/05/2020) (1 pg) |
| 15 | Apr 7, 2020 | Meeting of Creditors Continued. Reason for continuance:.. 341(a) meeting to be held on 4/27/2020 at 10:00 AM. The meeting will be a telephonic / video conference. (MILLER, Esq., WILLIAM) (Entered: 04/07/2020) |
| 16 | Apr 7, 2020 | Document in re: THE 341 MEETING OF CREDITORS Filed by WILLIAM C. MILLER, Esq. on behalf of WILLIAM C. MILLER, Esq. (related document(s) 15 ). (MILLER, Esq., WILLIAM) (Entered: 04/07/2020) (1 pg) |
| 17 | Apr 8, 2020 | Meeting of Creditors - Creditors. The Debtor has filed a Plan. This Plan proposes payment to the trustee of $314.00 per month for 60 months. Filed by WILLIAM C. MILLER, Esq. . 341(a) meeting to be held on 4/27/2020 at 10:00 AM at ALTERNATE TELEPHONIC CONFERENCE. (B., Keith) (Entered: 04/08/2020) (2 pgs) |
| 18 | Apr 10, 2020 | BNC Certificate of Mailing - Meeting of Creditors. Number of Notices Mailed: (related document(s) (Related Doc # 17)). No. of Notices: 12. Notice Date 04/10/2020. (Admin.) (Entered: 04/11/2020) (4 pgs) |
| 19 | Apr 14, 2020 | Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: OneMain Financial (Claim No. 2) To Portfolio Recovery Associates, LLC. Fee Amount $25 To Portfolio Recovery Associates, LLCPOB 41067Norfolk, VA 23541 Filed by PRA Receivables Management LLC. (Hardy, Carol) (Entered: 04/14/2020) (4 pgs; 2 docs) |
|  | Apr 14, 2020 | Receipt of Transfer of Claim(20-10939-elf) [claims,trclm] ( 25.00) Filing Fee. Receipt number 22373418. Fee Amount $ 25.00. (re: Doc# 19) (U.S. Treasury) (Entered: 04/14/2020) |
| 20 | Apr 16, 2020 | BNC Certificate of Mailing - Transfer of Claim. Number of Notices Mailed: (related document(s) (Related Doc # 19)). No. of Notices: 0. Notice Date 04/16/2020. (Admin.) (Entered: 04/17/2020) (2 pgs) |
| 22 | Apr 28, 2020 | Hearing Continued on Confirmation Hearing scheduled 6/16/2020 at 10:00 AM at nix1 - courtroom #1. (D., Stacey) Modified on 6/8/2020 (D., Stacey). (Entered: 04/29/2020) |
| 21 | Apr 29, 2020 | Chapter 13 Debtor's Certifications regarding Domestic Support Obligations and Section 522(q) Filed by BRENNA HOPE MENDELSOHN on behalf of Edwell T. Henry II. (MENDELSOHN, BRENNA) (Entered: 04/29/2020) (2 pgs) |
|  | Apr 29, 2020 | Meeting of Creditors Held and Concluded on: 4/27/2020. (MILLER, Esq., WILLIAM) (Entered: 04/29/2020) |
| 23 | Apr 30, 2020 | Objection to Confirmation of Plan Filed by WILLIAM C. MILLER, Esq. (related document(s)5). (Attachments: # 1 Proposed Order)(Miller, William) (Entered: 04/30/2020) (2 pgs; 2 docs) |
| 24 | Apr 30, 2020 | Certificate of Service Filed by William C. Miller on behalf of WILLIAM C. MILLER, Esq. (related document(s)23). (Miller, William) (Entered: 04/30/2020) (1 pg) |

Case 2:22-cv-04614-RAL   Document 22-3   Filed 04/19/23   Page 6 of 14

Edwell T. Henry, II, Docket No. 2:20-bk-10939 (Bankr. E.D. Pa. Feb 16, 2020), Court Docket

| Entry # | Filing Date | Description |
| --- | --- | --- |
| 25 | May 1, 2020 | Motion to Dismiss Case. see attached motion Filed by WILLIAM C. MILLER, Esq. Represented by William C. Miller (Counsel). (Attachments: # 1 Proposed Order) (Miller, William) (Entered: 05/01/2020) (2 pgs; 2 docs) |
| 26 | May 1, 2020 | Notice of (related document(s): 25 Motion to Dismiss Case. see attached motion ) Filed by WILLIAM C. MILLER, Esq.. Hearing scheduled 6/16/2020 at 10:00 AM at nix1 - courtroom #1. (Miller, William) (Entered: 05/01/2020) (2 pgs) |
| 27 | May 1, 2020 | Certificate of Service Filed by William C. Miller on behalf of WILLIAM C. MILLER, Esq. (related document(s)25, 26). (Miller, William) (Entered: 05/01/2020) (1 pg) |
| 28 | May 5, 2020 | Stipulation of Settlement By BMW Bank of North America and Between Edwell T. Henry, II Filed by JASON BRETT SCHWARTZ on behalf of BMW Bank of North America (related document(s)11). (SCHWARTZ, JASON) (Entered: 05/05/2020) (2 pgs) |
| 29 | May 6, 2020 | First Amended Chapter 13 Plan Filed by Edwell T. Henry II (related document(s)5). (Attachments: # 1 Service List)(MENDELSOHN, BRENNA) (Entered: 05/06/2020) (9 pgs; 2 docs) |
| 30 | May 6, 2020 | Notice of Change of Address Filed by BRENNA HOPE MENDELSOHN on behalf of Edwell T. Henry II. (Attachments: # 1 Service List) (MENDELSOHN, BRENNA) (Entered: 05/06/2020) (2 pgs; 2 docs) |
| 31 | May 6, 2020 | Application for Compensation for BRENNA HOPE MENDELSOHN, Debtor's Attorney, Period: to, Fee: $4250.00, Expenses: $. Filed by BRENNA HOPE MENDELSOHN Represented by Self(Counsel). (Attachments: # 1 Exhibit A # 2 Notice # 3 Service List # 4 Proposed Order) (MENDELSOHN, BRENNA) (Entered: 05/06/2020) (6 pgs; 5 docs) |
| 32 | May 7, 2020 | Praecipe to Withdraw Objection to Confirmation Filed by JASON BRETT SCHWARTZ on behalf of BMW Bank of North America (related document(s)11). (SCHWARTZ, JASON) (Entered: 05/07/2020) (1 pg) |
| 33 | May 8, 2020 | Order re: Granting the Stipulation of Settlement By BMW Bank of North America and Between Edwell T. Henry, II Filed by JASON BRETT SCHWARTZ on behalf of BMW Bank of North America (related document(s)28). (D., Stacey) (Entered: 05/08/2020) (2 pgs) |
| 34 | May 10, 2020 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 33)). No. of Notices: 1. Notice Date 05/10/2020. (Admin.) (Entered: 05/11/2020) (3 pgs) |
| 35 | Jun 16, 2020 | Pre-Confirmation Certification of Compliance with Post Petition Obligations in Accordance with 11 U.S.C. Section 1325 (a)(8) and (a)(9) Filed by BRENNA HOPE MENDELSOHN on behalf of Edwell T. Henry II (related document(s)29). (MENDELSOHN, BRENNA) (Entered: 06/16/2020) (1 pg) |
| 38 | Jun 16, 2020 | Hearing Held on 25 Motion to Dismiss Case. see attached motion Filed by WILLIAM C. MILLER, Esq. Represented by William C. Miller (Counsel). (Attachments: # 1 Proposed Order) filed by Trustee WILLIAM C. MILLER, Esq. (related document(s),25). Withdrawn. (D., Stacey) (Entered: 06/17/2020) |
| 39 | Jun 16, 2020 | Confirmation Hearing Held on 6-16-20. Order entered. (D., Stacey) (Entered: 06/17/2020) |
| 40 | Jun 16, 2020 | Order Confirming Chapter 13 Plan. (D., Stacey) (Entered: 06/17/2020) (1 pg) |

Case 2:22-cv-04614-RAL   Document 22-3   Filed 04/19/23   Page 7 of 14

Edwell T. Henry, II, Docket No. 2:20-bk-10939 (Bankr. E.D. Pa. Feb 16, 2020), Court Docket

| Entry # | Filing Date | Description |
| --- | --- | --- |
| 36 | Jun 17, 2020 | Trustee was duly appointed to serve as the Standing Trustee pursuant to Section 1302 of Title 11 U.S.C. A meeting of creditors has been held in this case pursuant to Section 341 of Title 11 U.S.C. and the meeting was concluded.The debtor(s) was/were examined by the Trustee and was/were available for examination by any creditor or party in interest. The Trustee examined the debtor(s) as to current income, monthly budget, real and personalexemptions claimed pursuant to Section 522 of Title 11 U.S.C. The Trustee is of the opinion that the latest Plan meets the requirements of Sections 1322 and 1325 of Title 11 U.S.C. and should be confirmed 06/16/20. (ETHERIDGE, LEROY) (Entered: 06/17/2020) |
| 37 | Jun 17, 2020 | Certificate of No Response to Application for Compensation Filed by BRENNA HOPE MENDELSOHN on behalf of Edwell T. Henry II (related document(s)31). (Attachments: # 1 Service List) (MENDELSOHN, BRENNA) (Entered: 06/17/2020) (2 pgs; 2 docs) |
| 41 | Jun 19, 2020 | Order Granting Application For Compensation (Related Doc # 31) Granting for BRENNA HOPE MENDELSOHN, fees awarded: $4250.00, expenses awarded: $0.00. (S., Antoinette) (Entered: 06/19/2020) (1 pg) |
| 42 | Jun 19, 2020 | BNC Certificate of Mailing - Order ConfirmingChapter 13 Plan. Number of Notices Mailed: (related document(s) (Related Doc # 40)). No. of Notices: 1. Notice Date 06/19/2020. (Admin.) (Entered: 06/20/2020) (2 pgs) |
| 43 | Jun 21, 2020 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 41)). No. of Notices: 1. Notice Date 06/21/2020. (Admin.) (Entered: 06/22/2020) (2 pgs) |
| 44 | Dec 3, 2020 | Entry of Appearance and Request for Notices by REBECCA ANN SOLARZ Filed by REBECCA ANN SOLARZ on behalf of American Heritage Credit Union. (SOLARZ, REBECCA) Modified on 12/4/2020 (D., Virginia). (Entered: 12/03/2020) (1 pg) |
| 45 | Feb 26, 2021 | Amended Schedule J - Your Expenses Filed by BRENNA HOPE MENDELSOHN on behalf of Edwell T. Henry II. (MENDELSOHN, BRENNA) (Entered: 02/26/2021) (2 pgs) |
| 46 | Feb 26, 2021 | Modified Chapter 13 Plan Second Amended Plan Filed by Edwell T. Henry II (related document(s)29). (Attachments: # 1 Service List)(MENDELSOHN, BRENNA) (Entered: 02/26/2021) (9 pgs; 2 docs) |
| 47 | Feb 26, 2021 | Motion to Modify Plan Filed by Edwell T. Henry II Represented by BRENNA HOPE MENDELSOHN (Counsel). (Attachments: # 1 Proposed Order # 2 Service List) (MENDELSOHN, BRENNA) (Entered: 02/26/2021) (4 pgs; 3 docs) |
| 48 | Feb 26, 2021 | Notice of (related document(s): 47 Motion to Modify Plan ) Filed by Edwell T. Henry II. Hearing scheduled 3/30/2021 at 10:00 AM at nix1 - courtroom #1. (MENDELSOHN, BRENNA) (Entered: 02/26/2021) (2 pgs) |
| 49 | Mar 26, 2021 | Disclosure of Compensation of Attorney for Debtor in the amount of 5,240.00 Amended Debtor Edwell T. Henry II Filed by BRENNA HOPE MENDELSOHN on behalf of Edwell T. Henry II. (MENDELSOHN, BRENNA) (Entered: 03/26/2021) (1 pg) |
| 50 | Mar 26, 2021 | Supplemental Application for Compensation for BRENNA HOPE MENDELSOHN, Debtor's Attorney, Period: to, Fee: $990.00, Expenses: $. Filed by BRENNA HOPE MENDELSOHN Represented by Self(Counsel). (Attachments: # 1 Notice # 2 Service List # 3 Proposed Order # 4 Exhibit B # 5 Exhibit A) (MENDELSOHN, BRENNA) (Entered: 03/26/2021) (9 pgs; 6 docs) |
| 51 | Mar 29, 2021 | Modified Chapter 13 Plan Third Amended Plan Filed by Edwell T. Henry II (related |

Case 2:22-cv-04614-RAL   Document 22-3   Filed 04/19/23   Page 8 of 14

Edwell T. Henry, II, Docket No. 2:20-bk-10939 (Bankr. E.D. Pa. Feb 16, 2020), Court Docket

| Entry # | Filing Date | Description |
|---|---|---|
|  |  | document(s)46). (Attachments: # 1 Service List)(MENDELSOHN, BRENNA) (Entered: 03/29/2021) (10 pgs; 2 docs) |
| 52 | Mar 30, 2021 | Hearing Continued on 47 Motion to Modify Plan Filed by Edwell T. Henry II Represented by BRENNA HOPE MENDELSOHN (Counsel). (Attachments: # 1 Proposed Order # 2 Service List) filed by Debtor Edwell T. Henry. Hearing scheduled 4/13/2021 at 10:00 AM at nix1 - courtroom #1. (D., Stacey) (Entered: 03/31/2021) |
| 53 | Apr 12, 2021 | Proposed Order Re: Motion to Modify Plan Filed by BRENNA HOPE MENDELSOHN on behalf of Edwell T. Henry II (related document(s)47). (MENDELSOHN, BRENNA) (Entered: 04/12/2021) (1 pg) |
| 54 | Apr 12, 2021 | Certificate of No Response to Motion to Modify Plan Filed by BRENNA HOPE MENDELSOHN on behalf of Edwell T. Henry II (related document(s)47). (Attachments: # 1 Service List) (MENDELSOHN, BRENNA) (Entered: 04/12/2021) (2 pgs; 2 docs) |
| 56 | Apr 13, 2021 | Hearing Held on 47 Motion to modify plan . Order entered . (D., Stacey) (Entered: 04/14/2021) |
| 55 | Apr 14, 2021 | Order Granting Motion To Modify Plan (Related Doc # 47) (D., Stacey) (Entered: 04/14/2021) (1 pg) |
| 57 | Apr 16, 2021 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 55)). No. of Notices: 1. Notice Date 04/16/2021. (Admin.) (Entered: 04/17/2021) (3 pgs) |
| 58 | Apr 23, 2021 | Motion for Relief from Stay re: 1009 Pine Road, Sharon Hill, PA 19079-1817. Fee Amount $188.00, Filed by American Heritage Credit Union Represented by REBECCA ANN SOLARZ (Counsel). Objections due by 5/7/2021. (Attachments: # 1 Proposed Order # 2 Loan Documents # 3 Service List) (SOLARZ, REBECCA) (Entered: 04/23/2021) (19 pgs; 4 docs) |
| 59 | Apr 23, 2021 | Notice of (related document(s): 58 Motion for Relief from Stay re: 1009 Pine Road, Sharon Hill, PA 19079-1817. Fee Amount $188.00,) Filed by American Heritage Credit Union. Hearing scheduled 5/18/2021 at 09:30 AM at nix1 - courtroom #1. (Attachments: # 1 Service List) (SOLARZ, REBECCA) (Entered: 04/23/2021) (3 pgs; 2 docs) |
|  | Apr 23, 2021 | Receipt of Motion for Relief From Stay( 20-10939-elf) [motion,mrlfsty] ( 188.00) Filing Fee. Receipt number A23269159. Fee Amount $ 188.00. (re: Doc# 58) (U.S. Treasury) (Entered: 04/23/2021) |
| 60 | May 7, 2021 | Response to Motion for Relief From Stay filed by Creditor American Heritage Credit Union Filed by Edwell T. Henry II (related document(s)58). (Attachments: # 1 Service List) (MENDELSOHN, BRENNA) (Entered: 05/07/2021) (3 pgs; 2 docs) |
| 61 | May 7, 2021 | Certificate of No Response to Application for Compensation Filed by BRENNA HOPE MENDELSOHN on behalf of Edwell T. Henry II (related document(s)50). (Attachments: # 1 Service List) (MENDELSOHN, BRENNA) (Entered: 05/07/2021) (2 pgs; 2 docs) |
| 62 | May 10, 2021 | Order Granting Application For Compensation (Related Doc # 50) Granting for BRENNA HOPE MENDELSOHN, fees awarded: $800.00, expenses awarded: $ (D., Stacey) (Entered: 05/10/2021) (1 pg) |
| 63 | May 12, 2021 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 62)). No. of Notices: 1. Notice Date 05/12/2021. (Admin.) (Entered: 05/13/2021) (3 pgs) |

Case 2:22-cv-04614-RAL   Document 22-3   Filed 04/19/23   Page 9 of 14

Edwell T. Henry, II, Docket No. 2:20-bk-10939 (Bankr. E.D. Pa. Feb 16, 2020), Court Docket

| Entry # | Filing Date | Description |
| --- | --- | --- |
| 64 | May 14, 2021 | Modified Chapter 13 Plan Fourth amended Filed by Edwell T. Henry II (related document(s)51). (Attachments: # 1 Service List)(MENDELSOHN, BRENNA) (Entered: 05/14/2021) (10 pgs; 2 docs) |
| 65 | May 14, 2021 | Motion to Modify Plan Filed by Edwell T. Henry II Represented by BRENNA HOPE MENDELSOHN (Counsel). (Attachments: # 1 Service List # 2 Proposed Order) (MENDELSOHN, BRENNA) (Entered: 05/14/2021) (4 pgs; 3 docs) |
| 66 | May 14, 2021 | Notice of (related document(s): 65 Motion to Modify Plan ) Filed by Edwell T. Henry II. Hearing scheduled 6/10/2021 at 10:00 AM at PENN4 - 4TH fl Courtroom. (MENDELSOHN, BRENNA) (Entered: 05/14/2021) (2 pgs) |
| 67 | May 14, 2021 | Disclosure of Compensation of Attorney for Debtor in the amount of 6,230.00 Amended Debtor Edwell T. Henry II Filed by BRENNA HOPE MENDELSOHN on behalf of Edwell T. Henry II. (MENDELSOHN, BRENNA) (Entered: 05/14/2021) (1 pg) |
| 68 | May 14, 2021 | Supplemental Application for Compensation for BRENNA HOPE MENDELSOHN, Debtor's Attorney, Period: to, Fee: $990.00, Expenses: $. Filed by BRENNA HOPE MENDELSOHN Represented by Self(Counsel). (Attachments: # 1 Exhibit B # 2 Proposed Order # 3 Notice # 4 Service List # 5 Exhibit C # 6 Exhibit A) (MENDELSOHN, BRENNA) (Entered: 05/14/2021) (12 pgs; 7 docs) |
| 69 | May 17, 2021 | Notice of Inaccurate Filing. In Re: 66 Notice of (related document(s): 65 Motion to Modify Plan ) Filed by Edwell T. Henry II. Hearing scheduled 6/10/2021 at 10:00 AM at PENN4 - 4TH fl Courtroom.. Corrected Document due by 6/1/2021. (D., Stacey) (Entered: 05/17/2021) (1 pg) |
| 70 | May 17, 2021 | Notice of (related document(s): 65 Motion to Modify Plan ) Filed by Edwell T. Henry II. Hearing scheduled 6/15/2021 at 10:00 AM at Nix 1, Courtroom 1 . (Attachments: # 1 Service List) (MENDELSOHN, BRENNA)**Modified to add courtroom location ** Modified on 5/18/2021 (D., Stacey). (Entered: 05/17/2021) (3 pgs; 2 docs) |
| 71 | May 18, 2021 | Hearing Held on 58 Motion for Relief from Stay re: 1009 Pine Road, Sharon Hill, PA 19079-1817. Fee Amount $188.00, Filed by American Heritage Credit Union Represented by REBECCA ANN SOLARZ (Counsel). Objections due by 5/7/2021. (Attachments: # 1 Proposed Order # 2 Loan Documents # 3 Service List) filed by Creditor American Heritage Credit Union (related document(s),58). Settled, stip to be filed. (D., Stacey) (Entered: 05/19/2021) |
| 72 | May 19, 2021 | Modified Chapter 13 Plan Fifth Amended Filed by Edwell T. Henry II (related document(s)64). (Attachments: # 1 Service List)(MENDELSOHN, BRENNA) (Entered: 05/19/2021) (10 pgs; 2 docs) |
| 73 | May 19, 2021 | Proposed Order Re: Motion to Modify Plan Filed by BRENNA HOPE MENDELSOHN on behalf of Edwell T. Henry II (related document(s)65). (MENDELSOHN, BRENNA) (Entered: 05/19/2021) (1 pg) |
| 74 | May 21, 2021 | Stipulation By American Heritage Credit Union and Between Edwell T. Henry, II Motion for Relief from Stay re: 1009 Pine Road, Sharon Hill, PA 19079-1817. Filed by REBECCA ANN SOLARZ on behalf of American Heritage Credit Union (related document(s)58). (SOLARZ, REBECCA) (Entered: 05/21/2021) (3 pgs) |
| 75 | May 25, 2021 | Order re: Granting the Stipulation By American Heritage Credit Union and Between Edwell T. Henry, II Motion for Relief from Stay re: 1009 Pine Road, Sharon Hill, PA 19079-1817. Filed by REBECCA ANN SOLARZ on behalf of American Heritage Credit |

Case 2:22-cv-04614-RAL   Document 22-3   Filed 04/19/23   Page 10 of 14

Edwell T. Henry, II, Docket No. 2:20-bk-10939 (Bankr. E.D. Pa. Feb 16, 2020), Court Docket

| Entry # | Filing Date | Description |
|---|---|---|
| | | Union (related document(s)74). (D., Stacey) Modified on 5/25/2021 (D., Stacey). (Entered: 05/25/2021) (3 pgs) |
| 76 | May 27, 2021 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 75)). No. of Notices: 1. Notice Date 05/27/2021. (Admin.) (Entered: 05/28/2021) (5 pgs) |
| 77 | Jun 10, 2021 | Certificate of No Response to Motion to Modify Plan Filed by BRENNA HOPE MENDELSOHN on behalf of Edwell T. Henry II (related document(s)65. (Attachments: # 1 Service List) (MENDELSOHN, BRENNA) (Entered: 06/10/2021) (2 pgs; 2 docs) |
| 78 | Jun 10, 2021 | Certificate of No Response to Supplemental Application for Compensation Filed by BRENNA HOPE MENDELSOHN on behalf of Edwell T. Henry II (related document(s)68. (Attachments: # 1 Service List) (MENDELSOHN, BRENNA) (Entered: 06/10/2021) (2 pgs; 2 docs) |
| 79 | Jun 14, 2021 | Amended Schedule J - Your Expenses Filed by BRENNA HOPE MENDELSOHN on behalf of Edwell T. Henry II. (MENDELSOHN, BRENNA) (Entered: 06/14/2021) (2 pgs) |
| 80 | Jun 15, 2021 | Hearing Continued on 65 Motion to Modify Plan Filed by Edwell T. Henry II Represented by BRENNA HOPE MENDELSOHN (Counsel). (Attachments: # 1 Service List # 2 Proposed Order) filed by Debtor Edwell T. Henry. Hearing scheduled 7/6/2021 at 10:00 AM at nix1 - courtroom #1. (D., Stacey) (Entered: 06/16/2021) |
| 81 | Jul 4, 2021 | Creditor Request for Notices Filed by Synchrony Bank. (Smith, Valerie) (Entered: 07/04/2021) (1 pg) |
| 82 | Jul 6, 2021 | Hearing Held on 65 Motion to Modify Plan Filed by Edwell T. Henry II Represented by BRENNA HOPE MENDELSOHN (Counsel). (Attachments: # 1 Service List # 2 Proposed Order) filed by Debtor Edwell T. Henry (related document(s),65). Order entered. (D., Stacey) (Entered: 07/07/2021) |
| 83 | Jul 7, 2021 | Order Granting Motion To Modify Plan (Related Doc # 65) (D., Stacey) (Entered: 07/07/2021) (1 pg) |
| 84 | Jul 9, 2021 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 83)). No. of Notices: 1. Notice Date 07/09/2021. (Admin.) (Entered: 07/10/2021) (3 pgs) |
| 85 | Jul 13, 2021 | Order Granting in part, Denying in part Supplemental Application For Compensation (Related Doc 68) Granting in part, Denying in part for BRENNA HOPE MENDELSOHN, fees awarded: $800.00, expenses awarded: $0.00 (R., Sara) (Entered: 07/14/2021) (1 pg) |
| 86 | Jul 16, 2021 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 85)). No. of Notices: 1. Notice Date 07/16/2021. (Admin.) (Entered: 07/17/2021) (3 pgs) |
| 87 | Sep 27, 2021 | Supplemental Proof of Claim for CARES Forbearance Claim. (Claim # 6) Filed by Creditor WELLS FARGO BANK, N.A. . Filed by WELLS FARGO BANK, N.A.. (Attachments: # 1 Certificate of Service)(MCCAFFERY, SARAH) (Entered: 09/27/2021) (3 pgs; 2 docs) |
| 88 | Oct 1, 2021 | As of October 1, 2021, William C. Miller is no longer serving as the Standing Trustee. Kenneth E. West is hereby appointed as the Standing Trustee by the Office of the United States Trustee. . (A., Clarice) (Entered: 10/01/2021) |
| 89 | Nov 30, 2021 | Motion to Direct the Debtor to Resolve the Delinquency in Forbearance and Post Petition Payments Filed by WELLS FARGO BANK, N.A. Represented by JILL |

Case 2:22-cv-04614-RAL   Document 22-3   Filed 04/19/23   Page 11 of 14

Edwell T. Henry, II, Docket No. 2:20-bk-10939 (Bankr. E.D. Pa. Feb 16, 2020), Court Docket

| Entry # | Filing Date | Description |
| --- | --- | --- |
| | | MANUEL-COUGHLIN (Counsel). (Attachments: # 1 EXHIBIT A # 2 EXHIBIT B # 3 EXHIBIT C # 4 EXHIBIT D # 5 Proposed Order # 6 Service List) (MANUEL-COUGHLIN, JILL) (Entered: 11/30/2021) (33 pgs; 7 docs) |
| 90 | Nov 30, 2021 | Notice of (related document(s): 89 Motion to Direct the Debtor to Resolve the Delinquency in Forbearance and Post Petition Payments) Filed by WELLS FARGO BANK, N.A.. Hearing scheduled 1/4/2022 at 01:00 PM at Philadelphia Telephone Hearing. (MANUEL-COUGHLIN, JILL) (Entered: 11/30/2021) (2 pgs) |
| 91 | Dec 15, 2021 | Certificate of No Response to Motion to Direct the Debtor to resolve the delinquency in Forbearance and Post Petition Payments Filed by HARRY B. REESE on behalf of WELLS FARGO BANK, N.A. (related document(s)89). (REESE, HARRY) (Entered: 12/15/2021) (2 pgs) |
| 92 | Jan 4, 2022 | Hearing Continued on 89 Motion to Direct the Debtor to Resolve the Delinquency in Forbearance and Post Petition Payments Filed by WELLS FARGO BANK, N.A. Represented by JILL MANUEL-COUGHLIN (Counsel). (Attachments: # 1 EXHIBIT A # 2 EXHIBIT B # 3 EXHIBIT C # 4 EXHIBIT D # 5 Proposed Order # 6 Service List) filed by Creditor WELLS FARGO BANK, N.A.. Hearing scheduled 2/1/2022 at 01:00 PM at Courtroom #1. (D., Stacey) (Entered: 01/05/2022) |
| 93 | Jan 19, 2022 | Notice of Change of Address Filed by WELLS FARGO BANK, N.A.. (Branas, Karen) (Entered: 01/19/2022) (3 pgs) |
| 94 | Jan 24, 2022 | Support Document Amended Supplemental Proof of Claim for CARES Forbearance Claim Filed by SARAH K. MCCAFFERY on behalf of WELLS FARGO BANK, N.A. (related document(s)87). (Attachments: # 1 Redacted Modification Docs) (MCCAFFERY, SARAH) (Entered: 01/24/2022) (14 pgs; 2 docs) |
| 95 | Feb 1, 2022 | Hearing Continued on 89 Motion to Direct the Debtor to Resolve the Delinquency in Forbearance and Post Petition Payments Filed by WELLS FARGO BANK, N.A. Represented by JILL MANUEL-COUGHLIN (Counsel). (Attachments: # 1 EXHIBIT A # 2 EXHIBIT B # 3 EXHIBIT C # 4 EXHIBIT D # 5 Proposed Order # 6 Service List) filed by Creditor WELLS FARGO BANK, N.A.. Hearing scheduled 3/1/2022 at 01:00 PM at Courtroom #1. (D., Stacey) (Entered: 02/02/2022) |
| 96 | Feb 15, 2022 | Praecipe to Withdraw Motion to Direct the Debtor to Resolve the Delinquency in Forbearance and Post Petition Payments Filed by SARAH K. MCCAFFERY on behalf of WELLS FARGO BANK, N.A. (related document(s)89). (MCCAFFERY, SARAH) (Entered: 02/15/2022) (2 pgs) |
| 97 | Feb 15, 2022 | Certification of Default of re: 1009 Pine Road, Sharon Hill, PA 19079-1817 Filed by REBECCA ANN SOLARZ on behalf of American Heritage Credit Union (related document(s)75, 74, 58). (Attachments: # 1 Proposed Order # 2 Notice of Default # 3 Service List) (SOLARZ, REBECCA) (Entered: 02/15/2022) (5 pgs; 4 docs) |
| 98 | Feb 16, 2022 | Response to Certification of Default filed by Creditor American Heritage Credit Union Filed by Edwell T. Henry II (related document(s)97). (Attachments: # 1 Service List) (MENDELSOHN, BRENNA) (Entered: 02/16/2022) (2 pgs; 2 docs) |
| 99 | Feb 23, 2022 | Hearing Set 97 Certification of Default of re: 1009 Pine Road, Sharon Hill, PA 19079-1817 Filed by REBECCA ANN SOLARZ on behalf of American Heritage Credit Union (related document(s)75, 74, 58). (Attachments: # 1 Proposed Order # 2 Notice of Default # 3 Service List) filed by Creditor American Heritage Credit Union. Hearing scheduled 3/8/2022 at 09:30 AM at Courtroom #1. (D., Stacey) (Entered: 02/23/2022) |

Case 2:22-cv-04614-RAL   Document 22-3   Filed 04/19/23   Page 12 of 14

Edwell T. Henry, II, Docket No. 2:20-bk-10939 (Bankr. E.D. Pa. Feb 16, 2020), Court Docket

| Entry # | Filing Date | Description |
|---|---|---|
| | | (1 pg) |
| 100 | Feb 25, 2022 | BNC Certificate of Mailing - Hearing Set. Number of Notices Mailed: (related document(s) (Related Doc # 99)). No. of Notices: 13. Notice Date 02/25/2022. (Admin.) (Entered: 02/26/2022) (4 pgs) |
| 101 | Mar 4, 2022 | Praecipe to Withdraw Certification of Default Filed by REBECCA ANN SOLARZ on behalf of American Heritage Credit Union (related document(s)97). (SOLARZ, REBECCA) (Entered: 03/04/2022) (1 pg) |
| 102 | Mar 8, 2022 | Hearing Held on 97 Certification of Default of re: 1009 Pine Road, Sharon Hill, PA 19079-1817 Filed by REBECCA ANN SOLARZ on behalf of American Heritage Credit Union , Withdrawn . (D., Stacey) (Entered: 03/09/2022) |
| 103 | Mar 21, 2022 | Withdrawal of Appearance of Sarah K. McCaffery and entry of appearance of Jill Manuel-Coughlin . (A., Clarice) (Entered: 03/21/2022) (5 pgs) |
| 104 | Sep 13, 2022 | Motion for Relief from Stay 706 B Sedgefield Drive, Unit 706, Mount Laurel Township, NJ 08054. Fee Amount $188.00, Filed by WELLS FARGO BANK, N.A. Represented by JILL MANUEL-COUGHLIN (Counsel). Objections due by 9/28/2022. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Proposed Order # 6 Service List) (MANUEL-COUGHLIN, JILL) (Entered: 09/13/2022) (37 pgs; 7 docs) |
| 105 | Sep 13, 2022 | Notice of (related document(s): 104 Motion for Relief from Stay 706 B Sedgefield Drive, Unit 706, Mount Laurel Township, NJ 08054. Fee Amount $188.00,) Filed by WELLS FARGO BANK, N.A.. Hearing scheduled 10/11/2022 at 09:30 AM at Philadelphia Telephone Hearing. (MANUEL-COUGHLIN, JILL) (Entered: 09/13/2022) (2 pgs) |
| | Sep 13, 2022 | Receipt of Motion for Relief From Stay( 20-10939-elf) [motion,mrlfsty] ( 188.00) Filing Fee. Receipt number A24372921. Fee Amount $ 188.00. (re: Doc# 104) (U.S. Treasury) (Entered: 09/13/2022) |
| 106 | Sep 23, 2022 | Withdrawal of Appearance of Rebecca Ann Solarz and entry of appearance of Brian Craig Nicholas . (A., Clarice) (Entered: 09/23/2022) (39 pgs) |
| 107 | Sep 28, 2022 | Response to Motion for Relief From Stay filed by Creditor WELLS FARGO BANK, N.A. Filed by Edwell T. Henry II (related document(s)104). (Attachments: # 1 Service List) (MENDELSOHN, BRENNA) (Entered: 09/28/2022) (4 pgs; 2 docs) |
| 108 | Oct 11, 2022 | Hearing Continued on 104 Motion for Relief from Stay 706 B Sedgefield Drive, Unit 706, Mount Laurel Township, NJ 08054. Fee Amount $188.00, Filed by WELLS FARGO BANK, N.A. Represented by JILL MANUEL-COUGHLIN (Counsel). Objections due by 9/28/2022. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Proposed Order # 6 Service List) filed by Creditor WELLS FARGO BANK, N.A.. Hearing scheduled 11/8/2022 at 09:30 AM at Courtroom #1. (D., Stacey) (Entered: 10/12/2022) |
| 109 | Nov 8, 2022 | Hearing Continued on 104 Motion for Relief from Stay 706 B Sedgefield Drive, Unit 706, Mount Laurel Township, NJ 08054. Fee Amount $188.00, Filed by WELLS FARGO BANK, N.A. Represented by JILL MANUEL-COUGHLIN (Counsel). Objections due by 9/28/2022. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Proposed Order # 6 Service List) filed by Creditor WELLS FARGO BANK, N.A.. Hearing scheduled 12/6/2022 at 09:30 AM at Courtroom #1. (D., Stacey) (Entered: 11/09/2022) |

Case 2:22-cv-04614-RAL   Document 22-3   Filed 04/19/23   Page 13 of 14

Edwell T. Henry, II, Docket No. 2:20-bk-10939 (Bankr. E.D. Pa. Feb 16, 2020), Court Docket

| Entry # | Filing Date | Description |
| --- | --- | --- |
| 110 | Dec 2, 2022 | Hearing rescheduled (TIME ONLY) on 104 Motion for Relief from Stay 706 B Sedgefield Drive, Unit 706, Mount Laurel Township, NJ 08054 Filed by WELLS FARGO BANK, N.A. Represented by JILL MANUEL-COUGHLIN (Counsel). Objections due by 9/28/2022. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Proposed Order # 6 Service List) filed by Creditor WELLS FARGO BANK, N.A.. Hearing scheduled 12/6/2022 at 11:30 AM at Philadelphia Telephone Hearing. (B., Pamela) (Entered: 12/02/2022) |
| 111 | Dec 6, 2022 | Hearing Held on 104 Motion for Relief from Stay 706 B Sedgefield Drive, Unit 706, Mount Laurel Township, NJ 08054. Fee Amount $188.00, Filed by WELLS FARGO BANK, N.A. Represented by JILL MANUEL-COUGHLIN (Counsel). Objections due by 9/28/2022. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Proposed Order # 6 Service List) filed by Creditor WELLS FARGO BANK, N.A. (related document(s),104). Settled, stip to be filed. (D., Stacey) (Entered: 12/07/2022) |
| 112 | Dec 30, 2022 | Motion to Dismiss Case for Failure to Make Plan Payments Filed by KENNETH E. WEST Represented by KENNETH E. WEST (Counsel). (Attachments: # 1 Proposed Order) (WEST, KENNETH) (Entered: 12/30/2022) (2 pgs; 2 docs) |
| 113 | Dec 30, 2022 | Notice of (related document(s): 112 Motion to Dismiss Case for Failure to Make Plan Payments ) Filed by KENNETH E. WEST. Hearing scheduled 2/7/2023 at 10:00 AM at Courtroom #1. (WEST, KENNETH) (Entered: 12/30/2022) (2 pgs) |
| 114 | Dec 30, 2022 | Certificate of Service Filed by KENNETH E. WEST on behalf of KENNETH E. WEST (related document(s)112, 113). (WEST, KENNETH) (Entered: 12/30/2022) (1 pg) |
| 115 | Jan 13, 2023 | Stipulation of Settlement By WELLS FARGO BANK, N.A. and Between WELLS FARGO BANK, N.A. and Debtor Filed by HARRY B. REESE on behalf of WELLS FARGO BANK, N.A. (related document(s)104). (Attachments: # 1 Proposed Order) (REESE, HARRY) (Entered: 01/13/2023) (3 pgs; 2 docs) |
| 116 | Jan 17, 2023 | Notice of Appearance and Request for Notice by MICHAEL JOHN CLARK Filed by MICHAEL JOHN CLARK on behalf of American Heritage Credit Union. (CLARK, MICHAEL) (Entered: 01/17/2023) (3 pgs) |
| 117 | Jan 18, 2023 | Order granting the Stipulation between the Debtor and Wells Fargo Bank, N.A. resolving the Motion for Relief from the Automatic Stay. (related document(s)104, 115). (S., Antoinette) (Entered: 01/18/2023) (1 pg) |
| 118 | Jan 20, 2023 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 117)). No. of Notices: 1. Notice Date 01/20/2023. (Admin.) (Entered: 01/21/2023) (3 pgs) |
| 119 | Feb 7, 2023 | Hearing Continued on 112 Motion to Dismiss Case for Failure to Make Plan Payments Filed by KENNETH E. WEST Represented by KENNETH E. WEST (Counsel). (Attachments: # 1 Proposed Order) filed by Trustee KENNETH E. WEST. Hearing scheduled 2/21/2023 at 10:00 AM at Courtroom #1. (D., Stacey) (Entered: 02/08/2023) |
| 120 | Feb 21, 2023 | Order Granting Motion to Dismiss Case for Failure to Make Plan Payments. Debtor Dismissed. (Related Doc # 112) (D., Stacey) (Entered: 02/21/2023) (1 pg) |
| 121 | Feb 21, 2023 | Hearing Held on 112 Trustee's Motion to dismiss case. Order entered . (D., Stacey) (Entered: 02/22/2023) |
| 122 | Feb 23, 2023 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # |

Case 2:22-cv-04614-RAL   Document 22-3   Filed 04/19/23   Page 14 of 14

Edwell T. Henry, II, Docket No. 2:20-bk-10939 (Bankr. E.D. Pa. Feb 16, 2020), Court Docket

| Entry # | Filing Date | Description |
|---|---|---|
| | | 120)). No. of Notices: 13. Notice Date 02/23/2023. (Admin.) (Entered: 02/24/2023) (5 pgs) |
| | Mar 1, 2023 | Case reassigned to Judge Patricia M. Mayer Involvement of Judge Eric L. Frank Terminated. See Miscellaneous Case Number 23-03003-mdc. (A., Clarice) (Entered: 03/01/2023) |