IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWELL T. HENRY II, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Case 2:22-CV-04614-RAL |
| UNITED LUTHERAN SEMINARY and | : | |
| DR. R. GUY ERWIN, | : | |
| | : | |
| Defendant | | |

## ORDER

AND NOW, this ____ day of _____, 2023, upon consideration of Defendants' Motion for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c), and Plaintiff's response thereto, if any, it is hereby ORDERED that the Motion is GRANTED.  Counts VII, VIII and IX, and Plaintiff's claims for compensatory, punitive, and liquidated damages, are hereby dismissed with prejudice.

BY THE COURT:

_____
J.

SL1 1813434v1 007344.00101