### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWELL HENRY II : | | |
| Plaintiff, : | CIVIL ACTION NO. | |
| : | | |
| v.    : | 22-cv-04614-RAL | |
| : | | |
| UNITED LUTHERAN SEMINARY, et al.: | | |
| Defendants.  : | | |

## ORDER

On April 25, 2023, I held a telephone status conference with counsel. Good cause appearing, it is this 25th day of April 2023

**ORDERED**, as follows:

On or before May 16, 2023, at 5 p.m., Plaintiff shall file a counterstatement of facts in response to the statement of facts in Defendants' recently filed motion (Doc. No. 22-1). Plaintiff shall reprint each sentence of the statement of facts and admit or deny each sentence of the statement of facts separately. For each denial, Plaintiff shall supply admissible evidence supporting the denial, which will consist of sworn testimony, an affidavit, or admissible documents properly authenticated. Hearsay testimony or documents are not admissible. The format will be as follows, by way of example:

COUNTERSTATEMENT OF FACTS IN RESPONSE TO COURT ORDER

1. On or about May 10, 2021, Henry II filed complaints with the Pennsylvania Human Relations Commission ("PHRC") and the Equal Employment Opportunity Commission ("EEOC"). See Complaint (ECF No. 1), at ¶ 17.
   ANSWER: Admitted.
2. Henry never filed a charge with the Philadelphia Commission on Human Rights ("PCHR").
   ANSWER: Denied. *See* Affidavit of Edwell Henry II, filed with this counterstatement of facts, and Exhibit 1 attached to and referred to in the Affidavit.

The counterstatement shall be a response subject to sanction under Fed. R. Civ. Pro. 37 and an "other paper" subject to sanction under Fed. R. Civ. Pro. 11(c). A failure to follow the requirements of this Order, or a failure to adequately support a denial, shall be deemed an admission, and may otherwise be sanctioned as contempt.

Plaintiff shall file separately a responsive brief to the Defendants' motion on May 16, 2023. Defendants shall file a reply on or before May 23, 2023.

**BY THE COURT:**

*s/Richard A. Lloret*
Honorable Richard A. Lloret
U.S. Magistrate Judge