## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWELL HENRY II : | | |
| Plaintiff, : | CIVIL ACTION NO. | |
| : | | |
| v. : | 22-cv-04614-RAL | |
| : | | |
| UNITED LUTHERAN SEMINARY, et al : | | |
| Defendants. : | | |

### ORDER

It is this 26th day of April, 2023, **ORDERED**, that this case is referred to Judge Lynne A. Sitarski for a settlement conference. Counsel shall contact Judge Sitarski's chambers immediately to schedule a settlement conference.

**BY THE COURT:**

*s/Richard A. Lloret*
Honorable Richard A. Lloret
U.S. Magistrate Judge