IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWELL T. HENRY II, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 2:22-cv-04614 |
| v. | : | |
| UNITED LUTHERAN SEMINARY | : | |
| and | : | |
| DR. R. GUY ERWIN, | : | |
| Defendants. | : | |

**JOINT MOTION FOR EXTENSION OF FACT DISCOVERY AND ALL SUBSEQUENT SCHEDULING ORDER DATES AND DEADLINES**

Plaintiff, Edwell T. Henry II ("Plaintiff") and Defendants, United Lutheran Seminary ("ULS") and Dr. R. Guy Erwin ("Erwin") (collectively, "Defendants"), by and through their respective undersigned legal counsel, Derek Smith Law Group, PLLC, and Stevens & Lee, P.C., hereby jointly and respectfully move for an extension of discovery and all subsequent scheduling order dates and deadlines for the reasons that follow.

1. Plaintiff filed his Civil Action Complaint in this matter on November 17, 2022, and Defendants filed an Answer and Affirmative Defenses in response thereto on January 17, 2023. *See* Dkts. 1, 12.

2. The Parties consented to have a randomly assigned United States Magistrate Judge conduct all proceedings in this case on January 31, 2023, and the case was transferred to this Honorable Court on February 1, 2023. *See* Dkts. 16—17.

3.     The Honorable Court entered a scheduling order in this matter on February 23, 2023.  *See* Dkt. 19.

4.     On April 19, 2023 Defendants filed a Motion for Partial Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c) seeking dismissal of Complaint Counts VII, VIII and IX, along with all claims for compensatory, punitive, and liquidated damages ("Defendants' Motion").  *See* Dkt. 22.

5.     On April 25, 2023, the Parties informed the Honorable Court during a pre-scheduled status conference that they wished to schedule a settlement conference with another Untied States Magistrate Judge, and the Honorable Court referred this matter to Judge Lynne A. Sitarski for settlement conference proceedings accordingly on April 26, 2023.  *See* Dkt. 25.

6.     Thereafter, a video settlement conference was scheduled with Judge Sitarski on May 31, 2023 at 10:00 a.m.  *See* Dkt. 26.

7.     Meanwhile, on April 25, 2023, the Honorable Court entered an Order directing Plaintiff to file a Counterstatement of Facts and supporting Brief in response to Defendants' Motion by May 16, 2023 and Defendants to file a reply in further support of their Motion by May 23, 2023.  *See* Dkt. 24.

8.     In light of the upcoming settlement conference, Defendants agreed they would not oppose a motion by Plaintiff to extend the scheduling order deadlines associated with Defendants' Motion by 30 days.  Plaintiff filed his unopposed motion accordingly on May 11, 2023, and the Honorable Court granted Plaintiff's motion the same day.  *See* Dkts. 27—28.

9.     For the same reasons, the Parties now jointly, and respectfully, request that the Honorable Court extend the upcoming discovery deadline, and all scheduling order dates and deadlines thereafter, by 90 days, carried forward to the next business day to the extent that such

extension may fall on a weekend or federal holiday, or as soon as practicable thereafter to the extent that the Honorable Court may have other commitments as it pertains to jury selection and trial dates.

10. Should the Honorable Court grant the Parties' Joint Motion, such Scheduling Order dates and deadlines would change as follows:

| Description | Original Date | Amended Date |
|---|---|---|
| Completion of all discovery. | 5/23/23 | 8/21/23 |
| Motions for summary judgment and motions to limit or preclude expert testimony. | 6/23/23 | 9/21/23 |
| Responses to motions for summary judgment and motions to limit or preclude expert testimony. | 7/21/23 | 10/19/23 |
| Replies in further support of motions for summary judgment and motions to limit or preclude expert testimony. | 7/28/23 | 10/26/23 |
| Joint pretrial stipulations, motions *in limine*, jury instructions, *voir dire* questions, and all other trial-related filings. | 8/29/23 | 11/27/23 |
| Jury selection and commencement of trial. | 9/19/23 | 12/18/23 |

*See* Dkt. 19.

WHEREFORE, the Parties jointly and respectfully move for an extension of discovery and all subsequent scheduling order dates and deadlines as provided in Paragraph 10 of this Motion.

IT IS SO ORDERED.

_____
Hon. Richard A. Lloret, U.S.M.J.

Respectfully submitted,

| | |
|---|---|
| DEREK SMITH LAW GROUP, PLLC | STEVENS & LEE, P.C. |
| */s/ Seth D. Carson* | */s/ Brad M. Kushner* |
| Seth D. Carson, Esq. | Brad M. Kushner, Esq. |
| 1835 Market Street, Suite 2950 | Alexander V. Batoff, Esq. |
| Philadelphia, PA 19103 | 1500 Market Street, East Tower |
| Tel: (215) 391-4790 | 18th Floor |
| seth@dereksmithlaw.com | Philadelphia, PA 19102 |
| *Counsel for Plaintiff Edwell T. Henry II* | Phone: (215) 751-1949 |
| | Fax: (610) 371-7906 |
| | brad.kushner@stevenslee.com |
| | alexander.batoff@stevenslee.com |
| | *Attorneys for Defendants United Lutheran Seminary and Dr. R. Guy Erwin* |

Dated: May 23, 2023